UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

James Stile

       v.                           Case No. 15-cv-494-SM

US Marshals Service, et al.

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 31, 2016 (doc. no. 44), for the reasons set forth therein.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's motion to amend (doc. no. 28) is hereby denied without prejudice. The court declines to add a First Amendment claim concerning incoming mail to plaintiff while he was being

held at Strafford County (NH) Department of Corrections (SCDC) in 2013, and also declines to join SCDC Lt. Lee as a defendant in this matter.

    SO ORDERED.

                                            Steven J. McAuliffe
                                            United States District Judge

Date: February 2, 2017

cc:    James Stile, pro se
       Corey M. Belobrow Esq.