```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

James Stile

v.

Strafford County Department                Case No. 15-cv-494-SM
of Corrections, Bruce Pelkie,
Jake Collins, Tracey Warren,
Robert Farrell, Laura Noseworthy,
and Christopher Brackett

                          O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 2, 2017, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's Motion to Amend Complaint (referred to as a proposed complaint amendment in the Report and Recommendation) (document no. 54), is hereby denied, and the two claims that Mr.

Stile seeks to add to this case are hereby dismissed.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
United States District Judge

Date: September 1, 2017

cc: James Stile, pro se
    Corey Belobrow, Esq.